UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BRUCE PARKER,

          Plaintiff,

v.

UNKNOWN MAUS et al.,

          Defendants.

_____/

Case No. 1:23-cv-442

Honorable Ray Kent

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

lack of prosecution and failure to comply with the Court's order.


Dated:  July 13, 2023

          /s/ Ray Kent
          RAY KENT
          United States Magistrate Judge